AO 91, Rev. 11/82 (David Joanson Authorizing)

D.J.

# CRIMINAL COMPLAINT

| United States District Court | DISTRICT<br>Eastern District of Pennsylvania |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>PAUL FORSYTHE | DOCKET NO.<br>21-MJ-580 |
| | MAGISTRATE'S CASE NO. |

Complaint for violation of Title 18 United States Code § 1073

| NAME OF JUDGE OR MAGISTRATE<br>Honorable Richard A. Lloret | OFFICIAL TITLE<br>U.S. Magistrate Judge | LOCATION<br>Philadelphia, PA |
|---|---|---|
| DATE OF OFFENSE<br>November 10, 2020 | PLACE OF OFFENSE<br>Philadelphia, PA | ADDRESS OF ACCUSED (if known)<br>812 North 20th Street, Philadelphia, PA 19130 |

COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:

Sometime after December 2020, in Philadelphia, in the Eastern District of Pennsylvania, defendant PAUL FORSYTHE, did unlawfully travel in interstate commerce from Philadelphia, Pennsylvania, to the state of Arizona, to avoid prosecution for homicide, which crime is a felony under the laws of the Commonwealth of Pennsylvania in violation of Title 18 United States Code, Section 1073.

BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:

SEE AFFIDAVIT ATTACHED HERETO.

MATERIAL WITNESSES IN RELATION AGAINST THE ACCUSED:

| Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge. | SIGNATURE OF COMPLAINANT (official title)<br>/s/ Brian A. Hefner<br>Brian A. Hefner |
|---|---|
| | OFFICIAL TITLE<br>Special Agent, Federal Bureau of Investigation |

Sworn to before me and subscribed in my presence.

| SIGNATURE OF MAGISTRATE (1)<br>/S/ Richard A. Lloret<br>Honorable Richard A. Lloret, United States Magistrate Judge | DATE<br>03/25/2021 |
|---|---|

1) See Federal Rules of Criminal Procedure rules 3 and 54.

1. On November 10, 2020, at approximately 11:06 p.m., the Philadelphia Police Department responded to the area of 3100 North Park Street, Philadelphia, Pennsylvania for a report of a person with a gun. Upon arrival the Philadelphia Police observed the victim, located on the street in front of 1322 West Wishart Street, Philadelphia, Pennsylvania. The victim had was found to be suffering from multiple gunshot wounds. The victim was transported to Temple University Hospital and pronounced dead at 11:23 p.m.

2. As a result of their investigation, the Philadelphia Police Department's Homicide Unit determined PAUL FORSYTHE was one of the subjects responsible for the aforementioned homicide. On March 19, 2021, the Homicide Unit obtained an arrest warrant for PAUL FORSYTHE, issued in the Commonwealth of Pennsylvania, charging FORSYTHE with murder and Violation Uniform Firearms Act and related charges. See attached arrest warrant.

3. On March 18, 2021, the Philadelphia Police Department executed a Commonwealth of Pennsylvania search warrant in Philadelphia, Pennsylvania in an attempt to locate FORSYTHE. The attempt to locate FORSYTHE yielded negative results, but the Philadelphia Police Department were able to make contact with a family member of FORSYTHE at the residence who stated that FORSYTHE had fled the Philadelphia area to Arizona to, "escape the arrest warrant" issued for shooting the victim.

4. On or about March 22, 2021, Philadelphia Police Detective, Timothy Bass, assigned to the Homicide Unit, requested the assistance of the FBI in locating and apprehending FORSYTHE. Additional information provided by Detective Bass revealed that FORSYTHE had fled to a former family associate's residence located at 3712 South 72nd Lane, Phoenix, Arizona.

5. Due to the above facts, your affiant believes PAUL FORSYTHE has fled the Eastern District of Pennsylvania, in violation of Title 18 United States Code Section 1073.

/S/ Brian A. Hefner

Brian A. Hefner
Special Agent
Federal Bureau of Investigation

Sworn to and subscribed before me

this ___25th___ day of March, 2021

/S/ Richard A Lloret

Richard A. Lloret
United States Magistrate Judge